UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Thomas Clarence Keefe and Kimberly Jo Keefe | ) BK No.:   13-00861<br>) (Jointly Administered)<br>) Chapter: 13<br>) Honorable A. Benjamin Goldgar<br>) Lake County |
| Debtor(s)<br>Thomas Clarence Keefe and Kimberly Jo Keefe | ) Adv. No.:  13-00308 |
| Plaintiff(s)<br>Mortgage Electronic Registration Systems, Inc. | ) |
| Defendant(s) | ) |

**Default Judgment**

THIS MATTER coming to be heard on the complaint of Thomas Clarence Keefe and Kimberly Jo Keefe, with due notice having been properly given, IT IS HEREBY ORDERED AS FOLLOWS:

1. That judgment is awarded in favor of the Plaintiffs and against the Defendant.
2. The lien recorded as document number 6209243 on July 9, 2007 by Mortgage Electronic Registration Systems, Inc., in the Lake County Recorder of Deeds, is wholly unsecured, and the claim may be treated as unsecured in the plan.
3. Upon successful completion of Debtors' Chapter 13 plan, Mortgage Electronic Registration Systems, Inc.'s lien will be deemed satisfied.

Enter:

APR 2 6 2013

Dated:

United States Bankruptcy Judge

**Prepared by:**
Megan D. Hayes, Attorney
Geraci Law L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603